IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KEITH TOLBERT                               *
WILLIE DEWHART
JOHNNY HUGHLEY                              *

    Plaintiffs,                         *

    v.                                  *     2:08-CV-108-MEF

CITY OF MONTGOMERY, *et al*.,               *

    Defendants.                         *

_____

**O R D E R**

Plaintiffs filed this 42 U.S.C. § 1983 action challenging the conditions of confinement at the Montgomery City Jail. Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open three (3) separate civil actions - one for each Plaintiff named in the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Keith Tolbert;

    2. Assign the newly opened cases to the Magistrate Judge and District Judge to which

the instant cause of action is assigned;

    3.  Place a copy of the complaint by inmates Dewhart and Hughley in the newly opened case files;

    4.  Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

    Done, this 19th day of February 2008.

                            /s/ Charles S. Coody
                            CHARLES S. COODY
                            CHIEF UNITED STATES MAGISTRATE JUDGE