```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004242
Cashier ID: brobinso
Transaction Date: 03/11/2008
Payer Name: MONTGOMERY MUNICIPAL JAIL
------------------------------------
PLRA CIVIL FILING FEE
 For: KEITH TOLBERT
 Case/Party: D-ALM-2-08-CV-000108-001
 Amount:         $6.97
------------------------------------
CHECK
 Check/Money Order Num: 010323
 Amt Tendered:  $6.97
------------------------------------
Total Due:      $6.97
Total Tendered: $6.97
Change Amt:     $0.00
```