RECEIVED 3/18/08

To District Court Middle District of Alabama you dismissal my case 2:08-cv-00108-MEF-CSC and you have $6.97 my money please give me my money back or return back to Keith Tolber in Montgomery City Jail please.

Thank you

Keith Tolbert
P.O. Drawer 159
Montgomery, Al 36101

INMATE MAIL
MONTGOMERY CITY JAIL

United States District Court
P.O. Box 711
Montgomery, Al 36101