IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH TOLBERT, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:08cv108-MEF |
| | )           (WO) |
| CITY OF MONTGOMERY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

# **ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on March 4, 2008, (Doc. # 4), that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 25th day of March, 2008.

                                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE